IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WALTER KEVIN DEAR, #112984                                              PLAINTIFF

VERSUS                                        CIVIL ACTION NO.   5:07cv15-DCB-MTP

CORRECTIONS CORPORATION OF AMERICA, INC.,
DR. "UNKNOWN" HERRINGTON, NURSE "UNKNOWN" MACKEY,
MISSISSIPPI DEPARTMENT OF CORRECTIONS,
AND DR. "UNKNOWN" KIM                                                   DEFENDANTS

## ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That within twenty days of this date plaintiff shall file a written response to:

(a)  specifically state how defendant CORRECTIONS CORPORATION OF AMERICA, INC., violated plaintiff's constitutional rights;

(b) specifically state how defendant NURSE "UNKNOWN" MACKEY violated plaintiff's constitutional rights; and

(c) specifically state how defendant DR. "UNKNOWN" KIM violated plaintiff's constitutional rights.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 1st day of March, 2007.

*s/ Michael T. Parker*
UNITED STATES MAGISTRATE JUDGE