IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WALTER KEVIN DEAR                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO.  5:07cv15DCB-MTP

CORRECTIONS CORPORATION OF
AMERICA, INC. , ET AL                                                                    DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for failure to prosecute this case and to comply with the court's orders.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the     27th     day of     August     , 2008.


                                                          s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE